# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: LINDROTH, TYLER SCOTT | § | Case No. 21-41057-WJF |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 10, 2021. The undersigned trustee was appointed on June 10, 2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $           4,292.45

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 42.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 115.04 |
| Leaving a balance on hand of[1]          $ | 4,134.69 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 11/29/2021 and the deadline for filing governmental claims was 11/29/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,044.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,044.35, for a total compensation of $1,044.35.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $168.37, for total expenses of $168.37.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2022     By: /s/Julia A. Christians
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-41057-WJF  
**Case Name:** LINDROTH, TYLER SCOTT  

**Period Ending:** 04/08/22

**Trustee:**  (430040)  Julia A. Christians  
**Filed (f) or Converted (c):** 06/10/21 (f)  
**§341(a) Meeting Date:** 07/13/21  
**Claims Bar Date:** 11/29/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 474 98TH AVENUE NE, BLAINE, MN 55434-0000, ANOKA<br>  Orig. Description: 474 98th Avenue NE, Blaine, MN 55434-0000, Anoka County<br>Single-family home, Real property located in Anoka County, Minnesota, legally described as: Lot 40, Block 3, Clover Leaf 4th Addition, Anoka County, Minnesota. Has original kitchen, flooring, bathrooms, etc. and needs thousands to be able to sell for a comparable price. Needs a new furnace, and the bathrooms are in rough shape. Zillow value is $234,434..<br>Entire property value: $234,434.00; Imported from original petition Doc# 1 | 234,434.00 | 0.00 | | 0.00 | FA |
| 2 | 2006 INFINITI G35 COUPE, 132,000 MILES, NEEDS SO<br>  Orig. Description: 2006 Infiniti G35 coupe, 132,000 miles, Needs some body work and mechanical work.. Entire property value: $4,500.00; Imported from original petition Doc# 1 | 4,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2007 YAMAHA FZ1, WINGS WILL CLAIM CROSS-COLLAERA<br>  abandoned.  2007 Yamaha FZ1, Wings will claim cross-collaeral security interest in this.. Entire property value: $6,500.00 | 6,500.00 | 5,409.20 | OA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING ALL F<br>  Orig. Description: Household goods and furnishings, including all furniture, appliances, dishes, silverware, wall coverings, art work of nominal value and other items in the household used for personal use valued at less than $600 per item.; Imported from original petition Doc# 1 | 2,800.00 | 0.00 | | 0.00 | FA |
| 5 | VARIOUS TILE, CEMENT BOARD, A FEW BOARDS, AND A<br>  Orig. Description: Various tile, cement board, a few boards, and a shower stall purchased to renovate a bathroom not yet installed.; Imported from original | 475.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 21-41057-WJF | | Trustee: | (430040) | Julia A. Christians |
|---|---|---|---|---|---|
| Case Name: | LINDROTH, TYLER SCOTT | | Filed (f) or Converted (c): | 06/10/21 (f) | |
| | | | §341(a) Meeting Date: | 07/13/21 | |
| Period Ending: | 04/08/22 | | Claims Bar Date: | 11/29/21 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | petition Doc# 1 | | | | | |
| 6 | HOUSEHOLD ELECTRONICS OF NOMINAL VALUE AND OTHER<br>  Orig. Description: Household electronics of nominal value and other related items in the household held for personal use including 1 television $400;Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | TOOL CHEST $300; BASIC HAND AND HOUSEHOLD TOOLS<br>  Orig. Description: Tool chest $300; basic hand and household tools $400; handheld power tools $600; table saw $175; Miter saw $150; red oak rough-sawn planks $200;Imported from original petition Doc# 1 | 1,825.00 | 1,825.00 | | 1,825.00 | FA |
| 8 | H&K VP9 $400; .22 RIFLE $200; GUN SAFE $250<br>  Orig. Description: H&K VP9 $400; .22 rifle $200; gun safe $250; Imported from original petition Doc# 1 | 850.00 | 850.00 | | 850.00 | FA |
| 9 | WEARING APPAREL<br>  Orig. Description: Wearing Apparel; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 3 CATS NO CASH VALUE<br>  Orig. Description: 3 Cats No cash value; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | CASH<br>  Orig. Description: Cash; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | DEPOSITS OF MONEY: US BANK CHECKING $71.32<br>  Orig. Description: Deposits of money: US Bank Checking $71.32; Imported from original petition Doc# 1 | 71.32 | 71.32 | | 95.62 | FA |
| 13 | DEPOSITS OF MONEY: WINGS FCU SHARE $27.00 CHECKI<br>  Orig. Description: Deposits of money: Wings FCU Share $27.00 Checking $22.00; Imported from original petition Doc# 1 | 49.00 | 49.00 | | 49.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-41057-WJF  
**Case Name:** LINDROTH, TYLER SCOTT

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 06/10/21 (f)  
**§341(a) Meeting Date:** 07/13/21  

**Period Ending:** 04/08/22

**Claims Bar Date:** 11/29/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2021 INCOME TAX REFUNDS OF $2400 EXPECTED; YTD V<br>21 F owes 21 S 570 21 P 464; trustee = 454.96; debtor = 579.04 - 115.04 her and he keeps Property refund in full when issued<br>2021 income tax refunds of $2400 expected; YTD Value $1200 | 1,200.00 | 1,200.00 | | 570.00 | FA |
| 15 | 2019 & 2020 PROPERTY TAX REFUND UNKNOWN EXPECTED<br>2019 & 2020 Property tax refund unknown expected | 0.00 | 0.00 | | 499.00 | FA |
| 16 | EARNED UNPAID WAGES AT FILING OF $1591.17<br>Orig. Description: Earned unpaid wages at filing of $1591.17; Imported from original petition Doc# 1 | 1,591.17 | 397.77 | | 397.77 | FA |
| 17 | INT. IN INS. POLICIES: MEDICAL FLEXIBLE SPENDING<br>Orig. Description: Int. in Ins. policies: Medical Flexible Spending Account, Not property of the estate; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | HE WORKS IN IT ON THE ENGINEERED SERVICES VIRTUA<br>He works in IT on the engineered services virtualization team (computer IT work) and works remotely from home. He uses his 3 monitor screens $300; 1 desktop computer and peripherals $1200; 1 Samsung phone $200 for working from home. | 1,700.00 | 0.00 | | 0.00 | FA |
| 19 | Refund from Wells Fargo Customer Care (u) | 6.06 | 6.06 | | 6.06 | FA |
| 19 | **Assets Totals** (Excluding unknown values) | **$257,401.55** | **$9,808.35** | | **$4,292.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-41057-WJF  
**Case Name:** LINDROTH, TYLER SCOTT

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 06/10/21 (f)  
**§341(a) Meeting Date:** 07/13/21

**Period Ending:** 04/08/22

**Claims Bar Date:** 11/29/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   August 30, 2023     **Current Projected Date Of Final Report (TFR):**   April 8, 2022  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 21-41057-WJF  
**Case Name:** LINDROTH, TYLER SCOTT  
**Taxpayer ID #:** **-***0507  
**Period Ending:** 04/08/22  

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******2079 - Checking Account  
**Blanket Bond:** $28,878,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/21 | {15} | STATE OF MN | 2019 AND 2020 PROPERTY TAX REFUNDS | 1124-000 | 499.00 | | 499.00 |
| 08/25/21 | {7} | DEBTOR | TOOLS - PER TURNOVER ORDER ECF DOC 16 | 1129-000 | 460.00 | | 959.00 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 954.00 |
| 09/28/21 | {7} | DEBTOR | TOOLS - PER TURNOVER ORDER ECF DOC 16 | 1129-000 | 460.00 | | 1,414.00 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,409.00 |
| 10/26/21 | {7} | DEBTOR | TOOLS - PER TURNOVER ORDER ECF DOC 16 | 1129-000 | 460.00 | | 1,869.00 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,864.00 |
| 11/24/21 | | DEBTOR | PER TURNOVER ORDER ECF DOC 16 | | 460.00 | | 2,324.00 |
| | {7} | | TOOLS                    445.00 | 1129-000 | | | 2,324.00 |
| | {8} | | FIREARMS              15.00 | 1129-000 | | | 2,324.00 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,319.00 |
| 12/22/21 | {8} | DEBTOR | FIREARMS - PER TURNOVER ORDER ECF DOC 16 | 1129-000 | 460.00 | | 2,779.00 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,774.00 |
| 01/04/22 | | DEBTOR | PER TURNOVER ORDER ECF DOC 16 | | 917.39 | | 3,691.39 |
| | {8} | | FIREARMS              375.00 | 1129-000 | | | 3,691.39 |
| | {12} | | DEPOSITS              95.62 | 1129-000 | | | 3,691.39 |
| | {13} | | DEPOSITS              49.00 | 1129-000 | | | 3,691.39 |
| | {16} | | WAGES                  397.77 | 1129-000 | | | 3,691.39 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.47 | 3,685.92 |
| 02/08/22 | {19} | WELLS FARGO CUSTOMER CARE | REFUND | 1229-000 | 6.06 | | 3,691.98 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.51 | 3,686.47 |
| 03/22/22 | {14} | STATE OF MN | 2021 STATE TAX REFUND | 1124-000 | 570.00 | | 4,256.47 |
| 03/30/22 | 101 | Tyler Scott Lindroth 474 98th Avenue NE Blaine, MN 55434 | Debtor's share of 2021 tax refunds (S 570 + P 464 = 1034 x .56 = 579.04 - 115.04 here = Debtor keeps P464 in full when issued) | 8500-002 | | 115.04 | 4,141.43 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.74 | 4,134.69 |
| | | | **ACCOUNT TOTALS** | | 4,292.45 | 157.76 | $4,134.69 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,292.45 | 157.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,292.45** | **$157.76** | |

{} Asset reference(s)

Printed: 04/08/2022 11:35 AM    V.20.40

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 21-41057-WJF | | **Trustee:** | Julia A. Christians (430040) |
|---|---|---|---|---|
| **Case Name:** | LINDROTH, TYLER SCOTT | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******2079 - Checking Account |
| **Taxpayer ID #:** | **-***0507 | | **Blanket Bond:** | $28,878,000.00  (per case limit) |
| **Period Ending:** | 04/08/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2079** | 4,292.45 | 157.76 | 4,134.69 |
| | $4,292.45 | $157.76 | $4,134.69 |

{} Asset reference(s)

Printed: 04/08/2022 11:35 AM    V.20.40

Printed: 04/08/22 11:35 AM              **Claims Distribution Register - Exhibit C**                    Page: 1

### Case:  21-41057-WJF    LINDROTH, TYLER SCOTT

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| 7 | 10/22/21 | 700 | WINGS FINANCIAL CREDIT UNION<br>14985 GLAZIER AVENUE, SUITE 100<br>APPLE VALLEY, MN 55124-6539<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>ok, FULLY secured | 1,090.80 | 1,090.80 | 0.00 | 1,090.80 | 0.00 |
| | | | **Priority 700:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/10/21 | 200 | Julia A. Christians, TRUSTEE<br>120 SOUTH 6TH ST, SUITE 2500<br>MINNEAPOLIS, MN 55402<br>&lt;2100-00   Trustee Compensation&gt; | 1,044.35 | 1,044.35 | 0.00 | 1,044.35 | 1,044.35 |
| | 06/10/21 | 200 | Julia A. Christians, TRUSTEE<br>120 SOUTH 6TH ST, SUITE 2500<br>MINNEAPOLIS, MN 55402<br>&lt;2200-00   Trustee Expenses&gt; | 168.37 | 168.37 | 0.00 | 168.37 | 168.37 |
| | 06/10/21 | 200 | LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED<br>120 SOUTH 6TH STREET STE 2500<br>MINNEAPOLIS, MN 55402<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 743.00 | 743.00 | 0.00 | 743.00 | 743.00 |
| | | | **Total for Priority 200:    100% Paid** | **$1,955.72** | **$1,955.72** | **$0.00** | **$1,955.72** | **$1,955.72** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,955.72** | **$1,955.72** | **$0.00** | **$1,955.72** | **$1,955.72** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 08/25/21 | 610 | US DEPARTMENT OF EDUCATION<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208,<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>ok | 31,831.76 | 31,831.76 | 0.00 | 31,831.76 | 841.72 |
| 2 | 09/03/21 | 610 | WELLS FARGO CARD SERVICES<br>PO Box 9210<br>DES MOINES, IA 50306<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>ok | 11,960.61 | 11,960.61 | 0.00 | 11,960.61 | 316.27 |
| 3 | 09/15/21 | 610 | JPMorgan Chase Bank, N.A. s/b/m/t<br>Chase Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>ok | 9,186.89 | 9,186.89 | 0.00 | 9,186.89 | 242.92 |

Printed: 04/08/22 11:35 AM                **Claims Distribution Register - Exhibit C**                Page: 2

### Case: 21-41057-WJF    LINDROTH, TYLER SCOTT

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 09/17/21 | 610 | CITIBANK NA<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>LOUISVILLE, KY 40213-3439<br><7100-00   General Unsecured § 726(a)(2)><br>ok | 5,161.59 | 5,161.59 | 0.00 | 5,161.59 | 136.49 |
| 5 | 09/21/21 | 610 | CITIBANK NA<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>LOUISVILLE, KY 40213-3439<br><7100-00   General Unsecured § 726(a)(2)><br>ok | 5,534.19 | 5,534.19 | 0.00 | 5,534.19 | 146.34 |
| 6 | 10/22/21 | 610 | WINGS FINANCIAL CREDIT UNION<br>14985 GLAZIER AVENUE, SUITE 100<br>APPLE VALLEY, MN 55124-6539<br><7100-00   General Unsecured § 726(a)(2)><br>ok; FULLY unsecured | 18,728.52 | 18,728.52 | 0.00 | 18,728.52 | 495.23 |
| | | | **Total for Priority 610:   2.64427% Paid** | **$82,403.56** | **$82,403.56** | **$0.00** | **$82,403.56** | **$2,178.97** |
| | | | **Total for Unsecured Claims:** | **$82,403.56** | **$82,403.56** | **$0.00** | **$82,403.56** | **$2,178.97** |
| | | | **Total for Case :** | **$85,450.08** | **$85,450.08** | **$0.00** | **$85,450.08** | **$4,134.69** |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 21-41057-WJF
Case Name: LINDROTH, TYLER SCOTT
Trustee Name: Julia A. Christians

**Balance on hand:**   $ 4,134.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | WINGS FINANCIAL CREDIT UNION | 1,090.80 | 1,090.80 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 4,134.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Julia A. Christians, TRUSTEE | 1,044.35 | 0.00 | 1,044.35 |
| Trustee, Expenses - Julia A. Christians, TRUSTEE | 168.37 | 0.00 | 168.37 |
| Attorney for Trustee, Fees - LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED | 743.00 | 0.00 | 743.00 |

Total to be paid for chapter 7 administration expenses:   $ 1,955.72
Remaining balance:   $ 2,178.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 2,178.97

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 2,178.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,403.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US DEPARTMENT OF EDUCATION C/O NELNET | 31,831.76 | 0.00 | 841.72 |
| 2 | WELLS FARGO CARD SERVICES | 11,960.61 | 0.00 | 316.27 |
| 3 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 9,186.89 | 0.00 | 242.92 |
| 4 | CITIBANK NA | 5,161.59 | 0.00 | 136.49 |
| 5 | CITIBANK NA | 5,534.19 | 0.00 | 146.34 |
| 6 | WINGS FINANCIAL CREDIT UNION | 18,728.52 | 0.00 | 495.23 |

| | Total to be paid for timely general unsecured claims: | $ 2,178.97 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**